**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1815**

---

CHRISTOPHER J. ODINKEMELU,

Plaintiff - Appellant,

versus

CONSOLIDATED STORES CORPORATION, d/b/a Big
Lots Stores,

Defendant - Appellee,

and

JORJIA WILLIAMS,

Defendant.

---

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. James A. Beaty, Jr.,
District Judge. (CA-95-826-2)

---

Submitted: October 8, 1998          Decided: November 16, 1998

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Christopher J. Odinkemelu, Appellant Pro Se. Peter George Pappas,
Larry I. Moore, III, ADAMS, KLEEMEIER, HAGAN, HANNAH & FOUTS,
Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Odinkemelu appeals the district court's order granting the Defendant's motion for judgment as a matter of law on his complaint alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Odinkemelu v. Consolidated Stores, No. CA-95-826-2 (M.D.N.C. May 5, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED